UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VISHWAJIT ROY, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, a financial institution, RTS PACIFIC INC, d.b.a. REGIONAL TRUSTEE CORPORATION, a financial institution, and DOES 1 to 100, Inclusive,<br><br>          Defendants. | CASE NO.: 2:14-cv-09560-DDP-MAN<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Dkt. No. 13]<br><br>[CLOSED] |

On January 28, 2015, the Court entered an Order granting the Motion to Dismiss Complaint, filed by Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), on the ground that Plaintiff did not oppose the motion.  No motions have been filed by Plaintiff in the intervening time.

/ / /

/ / /

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.     The Complaint is dismissed, as to all parties and all causes of action, with prejudice;

2.     Judgment is entered in favor of Defendant  WELLS FARGO BANK, N.A.; and;

3.     Plaintiff Vishwajit Roy shall recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED:  May 29, 2015

                    HON. DEAN D. PREGERSON
                    UNITED STATES DISTRICT JUDGE